UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-00259-D-RJ-1

UNITED STATES OF AMERICA

v.

**ORDER TO SEAL**

CAMERON SETH CRAWFORD

On motion of the Defendant, Cameron Seth Crawford, and for good cause shown, it is hereby ORDERED that DE 40 be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _____ day of June, 2026.

_____
JAMES C. DEVER III
United States District Judge